United States District Court
Southern District of Texas
ENTERED

OCT 14 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA HRUSKA | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-030 |
| | § | |
| RICARDO GARCIA | § | |

## AGREED ORDER

**BE IT REMEMBERED** that on _14_ day of ___OCT___, 1998 came on to be heard the Joint Motion for Extension of the Discovery Deadline, submitted by both Plaintiff and Defendant. The Court, after due consideration of said Motion is of the opinion that the Motion has merit and should be GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that the Discovery deadline is hereby extended until January 15, 1999, and that the Joint Pre-Trial Order will be due on or before January _4_, 1999.

**SIGNED FOR ENTRY** this _14_ day of ___OCT___, 1998.

_____
UNITED STATES DISTRICT JUDGE

## APPROVED AS TO FORM AND SUBSTANCE:

**KOPPEL, EZELL, POWERS & KIMBALL, L.L.P.**
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78550
(956) 425-2000
Fax No. (956) 421-4258

By: _____
    WILLIAM KIMBALL
    State Bar No. 11418700
    Federal I.D. No. 6159

ATTORNEY FOR PLAINTIFF, PATRICIA HRUSKA

ClibPDF - www.fastio.com

**LAW OFFICES OF ALLAN R. KING, P.C.**

1450 Mercantile Bank Tower
615 North Upper Broadway MT-78
Corpus Christi, Texas 78477-0301
(512) 888-9488
Fax No. (512) 887-2177

By:

ALLAN R. KING
State Bar No. 11433300
Federal I.D. No. 307

ATTORNEY FOR DEFENDANT, RICARDO GARCIA

arb\general\hruska.7 – AGREED ORDER

ClibPDF - www.fastio.com