12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 14 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PATRICIA HRUSKA | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-030 |
| | § | |
| RICARDO GARCIA | § | |

## ORDER

**BE IT REMEMBERED** that on 14 day of OCT, 1998 came on to be considered Plaintiff's Motion for Substitution of Counsel. After considering the pleadings and exhibits on file and after listening to argument of counsel, the Court is of the opinion that Plaintiff's Motion for Substitution of Counsel should be GRANTED. It is accordingly,

**ORDERED** that Plaintiff's Motion for Substitution of Counsel is GRANTED and that William Kimball of the law firm of Koppel, Ezell, Powers & Kimball, L.L.P., 312 E. Van Buren, Harlingen, Texas, is substituted as lead counsel in the place of John Valen of Walker, Minnesota. John Valen shall remain "of counsel."

**SIGNED FOR ENTRY** this 14TH day of OCT, 1998.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

arb\general\hruska.3 – ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL          PAGE 1