IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA HRUSKA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-030 |
| | § | |
| RICARDO GARCIA | § | |

## SCHEDULING ORDER

On this day came on to be considered the scheduling order in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)  All discovery in this case must be completed by **January 15, 1999.**

(2)  All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3)  A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **January 4, 1999.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4)  A final pretrial and settlement conference is set for **February 19, 1999 at 2:00 P. M**.

(5)  Trial on the merits is set for **March 15, 1999 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 13th day of October 1998.

John Wm. Black
United States Magistrate Judge