17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 0 4 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PATRICIA HRUSKA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-030 |
| | § | |
| RICARDO GARCIA | § | |

## ORDER

ON THIS 4 day of JAN, 1998, came on to be heard the Motion for Substitution of Counsel of Defendant, RICARDO GARCIA. The Court, having considered the Motion is of the opinion that the LAW OFFICES OF J. CHRIS RODRIGUEZ shall be substituted in as attorney for Defendant, RICARDO GARCIA and the LAW OFFICES OF ALLAN R. KING, P.C., shall no longer continue as attorney for Defendant, RICARDO GARCIA.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the Motion for Substitution of Counsel of Defendant, RICARDO GARCIA, is hereby **GRANTED** and the LAW OFFICES OF J. CHRIS RODRIGUEZ shall substitute in and assume responsibilities for the handling of the case of behalf of Defendant, RICARDO GARCIA, and the LAW OFFICES OF ALLAN R. KING, P.C., shall be removed from this matter.

SIGNED this 4TH day of JAN, 1998.

_____
JUDGE PRESIDING

1