19

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA HRUSKA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-030 |
| | § | |
| RICARDO GARCIA | § | |

### O R D E R

ON THIS _12_ day of _JAN_, 1998, came on to be heard the Motion for Leave to File Request for Extension of Time regarding Joint Pre-Trial Order. The Court, having considered the Motion is of the opinion that it should be in all things **GRANTED**.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the Motion for Leave to File Request for Extension of Time, is hereby **GRANTED**. _THE PRE-TRIAL ORDER IS DUE 18 JAN 1999_

SIGNED this _12_ day of _JAN_, 1998.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

KOPPEL, EZELL, POWERS & KIMBALL
P. O. Box 2878
312 E. Van Buren
Harlingen, Texas 78551
(956) 425-2000
FAX: (956) 421-4258

By _____
   William Kimball
   State Bar No.: 11418700
   Federal Bar No.: 6159

ATTORNEY FOR PLAINTIFF

3

**LAW OFFICES OF J. CHRIS RODRIGUEZ, L.L.C.**
1450 Mercantile Bank Tower
615 N. Upper Broadway MT-78
Corpus Christi, Texas   78477
(512) 888-9488
FAX: (512) 887-2177

By: *J. Christopher Rodriguez* by permission WK
    J. Christopher Rodriguez
    State Bar No. 17146700
    Federal I.D. No. 1899

4