22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 24 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

PATRICIA HRUSKA §
§
VS. § CIVIL ACTION NO. B-98-030
§
RICARDO GARCIA §

## S C H E D U L I N G   O R D E R

1. **TRIAL** 6-16-99
   a. Estimated days to try: 2½ - 3
   b. Trial to be by jury or non-jury Jury

2. **NEW PARTIES** must be joined by: N/A
   Party requesting joinder will furnish a copy of this scheduling order to new parties.

3. **EXPERT WITNESSES** for Plaintiff will be named and a report furnished by: 4-20-99

   **EXPERT WITNESSES** for Defendant will be named and a report furnished within 30 days of the deposition of the Plaintiff's last expert or no later than: 4-30-99

4. **DISCOVERY** must be completed by:   Plaintiff: 4-30-99
   Counsel may, by agreement, continue discovery beyond deadline, but there will be no intervention by the Court; no continuance will be granted because of information acquired in post-deadline discovery.   Defendant: 5-15-99

5. **MOTIONS** will be filed by: 5-25-99

   ****** The Court will provide these dates *******

6. **JOINT PRETRIAL ORDER** is due: 5-25-99
7. Final Pretrial & Settlement Conference 5-25-99 at 1:30 P.M.
8. **TRIAL** is set on 6-16-99 at 9:00 A.M.
   before Magistrate Judge John Wm. Black.

Date:  March 24, 1999

Judge John Black
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

1