# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
FILED

JUN 0 1 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| PATRICIA HRUSKA | § § | |
| VS. | § | CIVIL ACTION NO. B-98-030 |
| RICARDO GARCIA | § § | |

TYPE OF CASE: __X__ CIVIL  ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM**

DATE AND TIME:

**AUGUST 3, 1999 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: JUNE 1, 1999

TO:  MR. WILLIAM KIMBALL
     MR. JOHN E. VALEN
     MR. J. CHRIS RODRIGUEZ