25

United States District Court
Southern District of Texas
ENTERED
JUL 2 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PATRICIA HRUSKA §
§
VS. § CIVIL ACTION NO. B-98-030
§
RICARDO GARCIA §

### AGREED ORDER OF DISMISSAL

BE IT REMEMBERED, that on the 27ᵀᴴ day of J U L Y,
1999, the Plaintiff **PATRICIA HRUSKA** and Defendant **RICARDO GARCIA**,
appeared and announced to the Court that they had arrived at a
settlement of the controversies existing between them in this
cause, under the terms of which settlement this cause should be
dismissed with prejudice against the rights of the Plaintiff to
hereinafter reinstitute the same, and all costs of suit are to be
taxed and adjudged against party incurring said costs.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that this
cause be, and the same is hereby, dismissed with prejudice against
the rights of the Plaintiff to reinstitute the same as to the
Defendant, and all costs of suit are to be taxed and adjudged
against the party incurring said costs.

SIGNED, ORDERED, AND ENTERED this the 27 day of J U L Y,
1999.

UNITED STATES JUDGE PRESIDING

1

APPROVED FOR ENTRY REQUESTED:

**KOPPEL, EZELL, POWERS & KIMBALL**
P. O. Box 2878
312 E. Van Buren
Harlingen, TX 78551
(956) 425-2000
FAX: (956) 421-4258

By: _William Kimball_
    William Kimball
    Federal I.D. No. 6159
    State Bar No. 11418700

**ATTORNEY FOR PLAINTIFF**
**PATRICIA HRUSKA**


**LAW OFFICE OF J. CHRIS RODRIGUEZ, L.L.C.**
1450 Mercantile Bank Tower
615 Upper N. Broadway - MT 78
Corpus Christi, Texas  78477
(361) 888-9488
FAX: (361) 887-2177

By: _J. Chris Rodriguez_
    J. Chris Rodriguez
    Federal I.D. No. 1899
    State Bar No. 17146700

**ATTORNEY FOR DEFENDANT**
  **RICARDO GARCIA**

2