26

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED 29th

JUL 28 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PATRICIA HRUSKA | § § | |
| VS. | § § | CIVIL ACTION NO. B-98-030 |
| RICARDO GARCIA | § § | |

TYPE OF CASE:      __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**AUGUST 3, 1999 AT 2:00 P.M.**

CONTINUED TO DATE AND TIME:

**AUGUST 31, 1999 AT 2:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JULY 20, 1999

TO:    MR. WILLIAM KIMBALL
       MR. JOHN E. VALEN
       MR. J. CHRIS RODRIGUEZ